NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000089
31-MAY-2013
12:23 PM**

NO. CAAP-13-0000089

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JOHN BRYAN CHIN, Petitioner-Appellee, v.
JANINE ANNETTE WIGGINS, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-P NO. 11-1-0208)

ORDER GRANTING THE MAY 10, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed May 10, 2013, by Respondent-Appellant Janine Annette Wiggins (Appellant), the record, and there being no opposition, it appears that the appeal has not been docketed and Appellant seeks to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), with the parties to bear their own costs on appeal. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted and the appeal is dismissed. The parties shall bear their own appellate costs.

DATED: Honolulu, Hawai'i, May 31, 2013.

Chief Judge

Associate Judge

Associate Judge